IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

No. 05-20333-02-B

ERIC WASHINGTON

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is unable to obtain private counsel and requested appointment of counsel. The defendant qualified for appointed counsel and the Court appointed The Federal Public Defender's Office.

It is therefore ORDERED that the time period of **9/28/05** through **10/4/05** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, in order to have counsel present.

**ARRAIGNMENT IS RESET TO** October 5, 2005 **AT 9:30 A.M. BEFORE MAGISTRATE JUDGE** Anderson.

This 28<sup>yh</sup> day of September, 2005.

Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20333 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT