IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT:
DATE: 10-5-5
TIME: 9:44 AM
INITIALS: E

UNITED STATES OF AMERICA

v. CR. NO. 05-20333-B

ERIC WASHINGTON

ORDER ON ARRAIGNMENT

This cause came to be heard on 10-05-05
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person with counsel:

NAME Pam Hamrin ADDRESS

_______________ PHONE NO. _______________ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his/her present bond.

_____The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

CHARGES: social security fraud - 42:408(a)(7)(B)

Assigned to Case: Oliver

Age: 34

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-6-05

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20333 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT